UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JASON-KELLE MCNARY,

                    Plaintiff,              25-cv-6872 (JGK)

        - against -                         ORDER

EVISU INC., ET AL.

                    Defendants.
_____

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by

November 4, 2025.


SO ORDERED.

Dated:    New York, New York
          October 21, 2025

                                    _____
                                        John G. Koeltl
                                    United States District Judge