UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JASON-KELLE McNARY,

                   Plaintiff(s)

                   25 civ 6872 (JGK)

      -against-

EVISU, INC., et al,

                 Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for Wednesday, November 19, 2025, at 12:30pm, is cancelled.

**SO ORDERED.**

                                                   JOHN G. KOELTL
                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         November 12, 2025