UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASON-KELLE MCNARY,

                        Plaintiff,                    25-cv-6872 (JGK)

        - against -                                   ORDER

EVISU, INC. & DAVID PUN,
                        Defendant.

---

JOHN G. KOELTL, District Judge:

    In light of the endorsement on ECF No. 12, the Clerk is

respectfully requested to close ECF No. 11.


SO ORDERED.
Dated:   New York, New York
         January 21, 2026

                                        John G. Koeltl
                              United States District Judge