**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jason-Kelle McNary, | **1:25-cv-06872 (JGK) (SDA)** |
| **Plaintiff,** | |
| -against- | **ORDER** |
| Evisu Inc. et al, | |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge:**

On January 22, 2026, this action was referred to the undersigned for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (*See* Referral Order, ECF No. 17.) A mediation conference is scheduled for Friday, February 20, 2026. On January 21, 2026, Defendants filed a Letter Motion to adjourn the mediation conference. (ECF No. 15.) On January 21, 2026, Plaintiff filed a Letter Motion requesting that the Court set a deadline of February 13, 2026 for the Parties to submit a Rule 26(f) Report. (ECF No. 16.)

Defendant's request (ECF No. 15) is hereby DENIED. The parties shall attend the February 20, 2026 mediation and participate in good faith. Plaintiff's request (ECF No. 16) is hereby GRANTED IN PART and DENIED IN PART. The Court will separately file an Order Scheduling Initial Pretrial Conference, including a date for the parties to file a Case Management Plan.

**SO ORDERED.**

Dated:   New York, New York
         January 23, 2026

_____
STEWART D. AARON
United States Magistrate Judge