**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jason-Kelle McNary,<br><br>                    **Plaintiff,**<br>            -against-<br><br>Evisu Inc. et al,<br><br>                    **Defendants.** | **1:25-cv-06872 (JGK) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held today, during which counsel for Plaintiff and counsel for Defendants appeared. For the reasons stated on the record during today's telephone conference, Plaintiff's motion under Rule 16 for attorneys' fees (ECF No. 23) is DENIED, and Defendants' cross-motion for sanctions under Rule 11 (ECF No. 25) is DENIED.

**SO ORDERED.**

Dated:        New York, New York
                March 19, 2026

_____
STEWART D. AARON
United States Magistrate Judge