**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Jason-Kelle McNary,**

**Plaintiff,**

**-against-**

**Evisu Inc. et al,**

**Defendants.**

**1:25-cv-06872 (JGK) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held today, during which counsel for Plaintiff and counsel for Defendants appeared. For the reasons stated on the record during today's telephone conference, it is hereby ORDERED that the discovery deadline, which has expired, is extended for the following limited purposes:

1. Defendants shall produce data underlying the Historical Sales Performance document. (*See* Pl.'s 7/17/26 Let. Mot., Ex. G, ECF No. 41-7.)
2. Defendants shall produce the employee handbook in complete, unredacted form. (*See* Pl.'s 7/17/26 Let. Mo, Ex. F, ECF No. 41-6.) Redactions on relevance grounds are not permitted. *See Christine Asia Co. v. Alibaba Grp. Holding Ltd.*, 327 F.R.D. 52, 54 (S.D.N.Y. 2018).
3. Defendants are hereby given leave to serve 25 interrogatories, including permissible subparts, upon Plaintiff, relating to the recordings at issue.
4. Defendants may continue the deposition of Plaintiff to inquire about the aforementioned recordings.

**SO ORDERED.**

Dated: New York, New York
July 21, 2026

STEWART D. AARON
United States Magistrate Judge