**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Jason-Kelle McNary,**<br><br>**Plaintiff,**<br>**-against-**<br><br>**Evisu Inc. et al,**<br>**Defendants.** | **1:25-cv-06872 (JGK) (SDA)**<br><br>**AMENDED ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held yesterday, during which counsel for Plaintiff and counsel for Defendants appeared. For the reasons stated on the record during yesterday's telephone conference, the Letter Motions filed at ECF Nos. 40 and 41 are GRANTED IN PART and DENIED IN PART. It is hereby ORDERED that the discovery deadline, which has expired, is extended for a period of 30 days for the following limited purposes:

1. Defendants shall produce data underlying the Historical Sales Performance document. (*See* Pl.'s 7/17/26 Let. Mot., Ex. G, ECF No. 41-7.)
2. Defendants shall produce the employee handbook in complete, unredacted form. (*See* Pl.'s 7/17/26 Let. Mo, Ex. F, ECF No. 41-6.) Redactions on relevance grounds are not permitted. *See Christine Asia Co. v. Alibaba Grp. Holding Ltd.*, 327 F.R.D. 52, 54 (S.D.N.Y. 2018).
3. Defendants are hereby given leave to serve 25 interrogatories, including permissible subparts, upon Plaintiff, relating to the recordings at issue.
4. Defendants may continue the deposition of Plaintiff to inquire about the aforementioned recordings.

**SO ORDERED.**

Dated: New York, New York
July 22, 2026

STEWART D. AARON
United States Magistrate Judge