**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**JASON-KELLE MCNARY,**

**Plaintiff,**

**- against -**

**EVISU INC., ET AL.,**

**Defendants.**

**25-cv-6872 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The parties shall file any dispositive motions by **September 25, 2026.** The responses to any such motions are due **October 16, 2026.** Replies in support of any such motions are due **October 26, 2026.**

The parties are directed to file a joint pretrial order, together with proposed voir dire requests, requests to charge, and any motions in limine within 30 days after this Court issues a decision on any dispositive motion. A ready trial date is scheduled for 21 days after the submission of the joint pretrial order. The parties should be prepared to commence trial within 48 hours of the ready trial date.

**SO ORDERED.**

**Dated:** **New York, New York**
**September 2, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**