UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON-KELLE MCNARY,

Plaintiff,

- against –

EVISU INC, ET AL.,

Defendants.

25-cv-6872 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to appear by telephone for a conference in connection with the defendants' anticipated motion for summary judgment on **Monday, September 21, 2026, at 12:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

**SO ORDERED.**

Dated: New York, New York
September 9, 2026

John G. Koeltl
United States District Judge